```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16618
     BEVERLY HENDERSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-6898

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was confirmed 11/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED VEHIC       4520.07           392.93         1638.90
CHASE HOME FINANCE LLC     CURRENT MORTG           .00              .00             .00
CHASE HOME FINANCE LLC     UNSECURED         NOT FILED             .00             .00
CITY OF CHICAGO WATER DE   SECURED              400.00              .00          225.00
COOK COUNTY TREASURER      SECURED NOT I     NOT FILED             .00             .00
DELL FINANCIAL SERVICES    SECURED              362.55            24.02          340.98
DELL FINANCIAL SERVICES    UNSECURED           1094.86              .00             .00
GMAC MORTGAGE CORPORATIO   CURRENT MORTG           .00              .00             .00
GMAC MORTGAGE CORPORATIO   MORTGAGE ARRE       7801.00              .00          860.49
HOME DEPOT                 SECURED             1100.00           102.31          223.11
HOME DEPOT                 UNSECURED         NOT FILED             .00             .00
ECMC                       UNSECURED          20308.31              .00             .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED             .00             .00
CFS SUNTECH SERVICING      UNSECURED              .00              .00             .00
CFS SUNTECH SERVICING      UNSECURED              .00              .00             .00
CFS SUNTECH SERVICING      UNSECURED              .00              .00             .00
CFS SUNTECH SERVICING      UNSECURED              .00              .00             .00
CHASE BANK USA             UNSECURED           2039.22              .00             .00
CITI CARDS                 UNSECURED         NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED            100.00              .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED            860.92              .00             .00
ECAST                      UNSECURED            279.70              .00             .00
LINEBARGER GOGGAN BLAIR    UNSECURED         NOT FILED             .00             .00
NATIONAL QUICK             UNSECURED         NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED           1099.75              .00             .00
PLATINUM PROTECTION        UNSECURED           1995.73              .00             .00
S&S LENDING                UNSECURED           1869.96              .00             .00
SALLIE MAE INC             UNSECURED              .00              .00             .00
SALLIE MAE INC             UNSECURED              .00              .00             .00
ROUNDUP FUNDING LLC        UNSECURED             42.85              .00             .00
PORTFOLIO RECOVERY         UNSECURED            767.17              .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16618 BEVERLY HENDERSON
```

```
SYLVESTER & DORTHY ISLAN  NOTICE ONLY    NOT FILED              .00              .00
DORIAN HENDERSON          NOTICE ONLY    NOT FILED              .00              .00
GMAC MORTGAGE CORP        NOTICE ONLY    NOT FILED              .00              .00
REAL TIME RESOLUTION      FILED LATE      154034.43             .00              .00
CITY OF CHICAGO WATER DE  SECURED NOT I         .00             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,847.00                         2,847.00
TOM VAUGHN                TRUSTEE                                             536.46
DEBTOR REFUND             REFUND                                              442.40

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   7,633.60

PRIORITY                                             .00
SECURED                                         3,288.48
    INTEREST                                      519.26
UNSECURED                                            .00
ADMINISTRATIVE                                  2,847.00
TRUSTEE COMPENSATION                              536.46
DEBTOR REFUND                                     442.40
                         ---------------    ---------------
TOTALS                    7,633.60              7,633.60
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 03/10/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```